TAYLOR v. ADAMS EXPRESS CO.

(Circuit Court of Appeals, Third Circuit. October 12, 1908.)

COURTS (§ 356*)—FEDERAL COURTS—PROSECUTION IN FORMA PAUPERIS—PROCEDURE.

Act July 20, 1892, c. 209, 27 Stat. 252 (U. S. Comp. St. 1901, p. 706), which allows the prosecution of an action in forma pauperis in a federal court, does not apply to appellate proceedings, and in the absence of a statute authorizing it the Circuit Court of Appeals has no authority to allow an appeal or writ of error in that form.

[Ed. Note.—For other cases, see Courts, Dec. Dig. § 356*; Appeal and Error, Cent. Dig. § 2072.]

Petition for Leave to Prosecute a Writ of Error in Forma Pauperis.

Waln & Ellis, for petition.

PER CURIAM. It was expressly decided by the Supreme Court in Bradford v. Southern Railway, 195 U. S. 243, 25 Sup. Ct. 55, 49 L. Ed. 178, that Act July 20, 1892, c. 209, 27 Stat. 252 (U. S. Comp. St. 1901, p. 706), which allows the prosecution of an action in forma pauperis, does not apply to appellate proceedings, and that the Circuit Court of Appeals have no authority to allow an appeal or writ of error in that form, in the absence of a statute.

This is conclusive of the question, and the petition is therefore denied.